IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY E. DOMINA, FRANK POLLARD, ROBERT L. DICKEY, AND ROYCE D. JANZEN,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>MONSANTO COMPANY,<br><br>　　　　　Defendant. | 4:16CV3074<br><br>**ORDER** |

This matter is before the court on several pending motions filed by Defendants. (Filing Nos. 23, 26, and 39). Upon inquiry by the court, Plaintiff's counsel stated an application has been made to the Multi District Litigation ("MDL") Panel to refer the "Roundup cases" to a single Judge and consolidate litigation. The MDL Panel will hear that issue on September 29, 2016. If the MDL Panel determines the various cases should be consolidated, the court's rulings in this case will likely be rendered moot.

Accordingly,

IT IS ORDERED:

1) Further progression of this case is stayed pending the outcome of the decision of the MDL Panel.

2) The parties shall promptly inform the court once the MDL Panel has reached a decision on whether the "Roundup cases" will be consolidated.

Dated this 30th day of August, 2016

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge